# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| TERRENCE E. MACK and LUCINDA MACK, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. CV415-112 |
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Defendant. | ) |

## ORDER

The Court having reviewed and considered the petition of Jeanne Anne Steffin of the law firm of Jeanne Anne Steffin, 626 North Garfield Avenue, Suite A, Alhambra, California 91801, for permission to appear pro hac vice on behalf of plaintiffs Terrence E. Mack and Lucinda Mack, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Jeanne Anne Steffin, as counsel of record for plaintiffs Terrence E. Mack and Lucinda Mack, in this case.

**SO ORDERED** this __28th__ day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA