UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TERRANCE E. MACK and )
LUCINDA MACK, )
 )
   Plaintiffs, )
 )
v. ) CIVIL ACTION NO. 4:15-CV-112
 )
UNITED STATES OF AMERICA, )
 )
   Defendant. )

## ORDER

This matter is before the Court on the Parties' Joint Motion for Stay. Having reviewed the Motion and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and this action and all deadlines set forth in this Court's Scheduling Order are hereby **STAYED**.

**SO ORDERED** this 19th day of May, 2016.

_____
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA